UNITED STATES of America, Plaintiff–Appellee,

v.

**Angel Ruben RESENDIZ, Defendant–Appellant.**

No. 11–13257
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

March 2, 2012.

Ryan Scott Ferber, Laurel R. Boatright, Lawrence R. Sommerfeld, Sally Yates, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

Thomas C. Wooldridge, Wooldridge & Jezek, LLP, Atlanta, GA, for Defendant–Appellant.

Angel Ruben Resendiz, Folkston, GA, pro se.

Before TJOFLAT, EDMONDSON and CARNES, Circuit Judges.

PER CURIAM:

Thomas Wooldridge, appointed counsel for Angel Resendiz in this direct criminal

---

appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Resendiz's convictions and sentences are **AFFIRMED.**